# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD H. BILODEAU, JR.            Case Number: 07-71120
        1823 OXFORD STREET
        ROCKFORD, IL 61103     SSN-xxx-xx-2852

Case filed on: 5/8/2007
Plan Confirmed on: 8/17/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $900.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 698.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 698.38 | 0.00 |
| 010 | JAQUELINE S. BILODEAU | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD H. BILODEAU, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GMAC MORTGAGE CORPORATION | 12,877.66 | 144.00 | 144.00 | 0.00 |
|  | Total Secured | 12,877.66 | 144.00 | 144.00 | 0.00 |
| 001 | BUDGET CAR SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MUTUAL MANAGEMENT SERVICES | 1,747.07 | 1,747.07 | 0.00 | 0.00 |
| 005 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD MERCANTILE AGENCY INC | 1,339.47 | 1,339.47 | 0.00 | 0.00 |
| 007 | JENNIFER SMALLWOOD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATTORNEY JOSEPH D OLSEN | 413.25 | 413.25 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,337.03 | 1,337.03 | 0.00 | 0.00 |
|  | Total Unsecured | 4,836.82 | 4,836.82 | 0.00 | 0.00 |
|  | Grand Total: | 20,714.48 | 7,980.82 | 842.38 | 0.00 |

Total Paid Claimant: $842.38
Trustee Allowance: $57.62
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                   /s/ Lydia S. Meyer
                   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2008        By /s/Heather M. Fagan